**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT GLEN MYERS,<br><br>Plaintiff,<br><br>vs.<br><br>DIERBERGS MARKETS, INC.,<br>For Profit Corporation,<br>d/b/a DIERBERGS,<br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 4:25-cv-01554-HEA |

**JOINT NOTICE OF SETTLEMENT**

The Plaintiff, ROBERT GLEN MYERS and the DIERBERGS MARKETS, INC., For Profit Corporation, d/b/a DIERBERGS (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within forty-five (45) days and should not be required to file any further responses, motions, and/or pleadings.

DATED: September 3, 2026.

Respectfully Submitted,

By: /s/ Gregory Sconzo
Gregory S. Sconzo #0105553(FL)
Kevin W. Pucket #70706(MO)
4700 Belleview Avenue, Suite 100C
Kansas City, Missouri 64112
Phone: (816) 890-9599
Facsimile: (816) 203-8590
Email: greg@ADALegalTeam.com
Email: kevin@ADALegalTeam.com
**ATTORNEY FOR PLAINTIFF**

/s/ James M. Paul
James M. Paul, MO #44232
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
james.paul@ogletree.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Gregory S. Sconzo
Gregory S. Sconzo